# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 23-3267
_____

LADS Network Solutions, Inc.

Plaintiff - Appellant

v.

Agilis Systems, LLC; Archlogix, LLC; Gilead Group, LLC

Defendants - Appellees

------

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00011-SEP)

------

**JUDGMENT**

Before BENTON, ARNOLD, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

May 28, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
     /s/ Susan E. Bindler