# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 23-3267

LADS Network Solutions, Inc.

Appellant

v.

Agilis Systems, LLC, et al.

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00011-SEP)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 08, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Susan E. Bindler