# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-3267

LADS Network Solutions, Inc.

Appellant

v.

Agilis Systems, LLC, et al.

Appellees

___

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:19-cv-00011-SEP)

___

**MANDATE**

In accordance with the opinion and judgment of May 28, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 16, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit